**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  STANLEY J. GREVIS & ANNA M. GREVIS                 Case Number: 04-71837
        6382 LYNDHURST LANE                                 SSN-xxx-xx-1850 & xxx-xx-7425
        ROCKFORD, IL  61109

                                                    Case filed on:      4/6/2004
                                                    Plan Confirmed on:  6/14/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $15,974.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 060 | BRIAN A. HART | 395.75 | 395.75 | 395.75 | 0.00 |
|  | Total Legal | 1,595.75 | 1,595.75 | 1,595.75 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 2,698.21 | 2,698.21 | 0.00 | 0.00 |
|  | Total Priority | 2,698.21 | 2,698.21 | 0.00 | 0.00 |
| 999 | STANLEY J. GREVIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 3,700.00 | 3,700.00 | 1,389.49 | 2,768.67 |
| 003 | BILL ATKINSON | 1,800.00 | 1,800.00 | 1,005.69 | 453.61 |
| 004 | HOME GUARD INSULATION | 1,845.00 | 1,845.00 | 1,030.82 | 464.98 |
| 005 | NATIONAL CITY MORTGAGE COMPANY | 12,418.18 | 12,418.18 | 6,062.30 | 0.00 |
|  | Total Secured | 19,763.18 | 19,763.18 | 9,488.30 | 3,687.26 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 6,299.45 | 0.00 | 0.00 | 0.00 |
| 004 | HOME GUARD INSULATION | 155.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 1,930.23 | 0.00 | 0.00 | 0.00 |
| 007 | ABA ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ACCOUNTS RECEIVABLE MANAGEMENT | 455.92 | 0.00 | 0.00 | 0.00 |
| 009 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSOCIATED NAT'L COLL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALBERT ALTAMORE ATTORNEY AT LAW | 400.00 | 0.00 | 0.00 | 0.00 |
| 012 | BELLWOOD ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BELVIDERE CLINIC | 42.50 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 774.13 | 0.00 | 0.00 | 0.00 |
| 015 | C.B. ACCOUNTS INC | 356.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAPITAL ONE | 2,212.23 | 0.00 | 0.00 | 0.00 |
| 018 | CARLTON H. SHEETS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | COMED CO | 863.35 | 0.00 | 0.00 | 0.00 |
| 020 | DIRECT MERCHANT BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DIRECTV INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ELMHURST HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FIRST CONSUMER NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | HERBIG BLACKTOP | 2,819.96 | 0.00 | 0.00 | 0.00 |
| 025 | HERITAGE SURVEYING INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | IL DEPT OF EMPLOYMENT SECURITY | 5,480.00 | 0.00 | 0.00 | 0.00 |
| 028 | LTD COMMODITIES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 955.68 | 0.00 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NICOR GAS | 1,343.01 | 0.00 | 0.00 | 0.00 |
| 032 | ONYX WASTE SERVICES | 350.00 | 0.00 | 0.00 | 0.00 |
| 033 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | OXMOOR HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | PEDIATRIC CARDIOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | PFG OF MINNESOTA | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ECAST SETTLEMENT CORPORATION | 1,572.14 | 0.00 | 0.00 | 0.00 |
| 038 | QUEST DIAGNOSTICS INCORPORATED | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | REGIONAL CARDIOLOGY CONSULTANTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD HEALTH SYSTEMS/ | 741.80 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 961.03 | 0.00 | 0.00 | 0.00 |
| 044 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SOLOMAN & SOLOMAN P.C. | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 046 | C.B. ACCOUNTS INC | 1,391.95 | 0.00 | 0.00 | 0.00 |
| 047 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | CREDITORS BANKRUPTCY SERVICE | 825.40 | 0.00 | 0.00 | 0.00 |
| 049 | TASTE OF HOME BOOKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | VILLAGE OF POPLAR GROVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | ECAST SETTLEMENT CORPORATION | 450.40 | 0.00 | 0.00 | 0.00 |
| 052 | ECAST SETTLEMENT CORPORATION | 3,993.79 | 0.00 | 0.00 | 0.00 |
| 053 | IL DEPT OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | CAPITAL ONE | 3,664.35 | 0.00 | 0.00 | 0.00 |
| 055 | ECAST SETTLEMENT CORPORATION | 569.16 | 0.00 | 0.00 | 0.00 |
| 056 | CAPITAL ONE | 1,243.81 | 0.00 | 0.00 | 0.00 |
| 057 | CAPITAL ONE | 1,989.02 | 0.00 | 0.00 | 0.00 |
| 058 | CAPITAL ONE | 746.40 | 0.00 | 0.00 | 0.00 |
| 059 | MUTUAL MANAGEMENT SERVICES | 62.65 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 42,649.36 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 66,870.50 | 24,221.14 | 11,248.05 | 3,687.26 |

Total Paid Claimant:   $14,935.31
Trustee Allowance:    $1,038.69
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan